# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 86CR0752-H |
|---|---|
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL |
| v. | |
| FESTUS OSADEBANWEN ASEMOTA, | |
| Defendant. | |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Festus Osadebanwen Asemota is **dismissed without prejudice**. The defendant is hereby discharged and the arrest warrant as to this defendant is hereby recalled.

IT IS SO ORDERED.

DATED: April 8, 2013

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT